```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 04531
   ISMAEL RIOS MARQUEZ
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6138

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/06/2004 and was confirmed 03/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00           .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    37890.20           .00       37890.20
B-FIRST LLC              UNSECURED          717.22           .00         717.22
ROUNDUP FUNDING LLC      UNSECURED          661.67           .00         661.67
ECAST SETTLEMENT CORP    UNSECURED         1690.67           .00        1690.67
PHILIP A IGOE            DEBTOR ATTY      2,194.00                      2,194.00
TOM VAUGHN               TRUSTEE                                        2,521.52
DEBTOR REFUND            REFUND                                            24.72

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 45,700.00

PRIORITY                                             .00
SECURED                                        37,890.20
UNSECURED                                       3,069.56
ADMINISTRATIVE                                  2,194.00
TRUSTEE COMPENSATION                            2,521.52
DEBTOR REFUND                                      24.72
                        --------------        --------------
TOTALS                     45,700.00            45,700.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 04531 ISMAEL RIOS MARQUEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/13/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 04531 ISMAEL RIOS MARQUEZ